UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY M. GARCIA,<br><br>   Plaintiff,<br><br> v.<br><br>JEFF MACOMBER, et al.,<br><br>   Defendants. | No. 1:25-cv-00027-KES-SAB (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING RETALIATION CLAIM<br><br>Doc. 12 |

   Plaintiff Anthony M. Garcia is proceeding pro se and in forma pauperis in this action filed pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

   On August 28, 2025, the assigned magistrate judge screened plaintiff's second amended complaint and found that it stated a cognizable claim against defendants Jeff Macomber, Ron Broomfield, and John/Jane Does 1 through 8 for deliberate indifference to his safety in violation of the Eighth Amendment.  Doc. 12.  The magistrate judge also found that plaintiff failed to state a cognizable claim for retaliation and recommended that claim be dismissed.  *Id*. at 5–7.  Those findings and recommendations were served on plaintiff and contained notice that any objections thereto were due within 14 days.  *Id.* at 7.  Plaintiff did not file objections, and the time to do so has passed.

   In accordance with the provisions of 28 U.S.C. § 636(b)(1), this Court has conducted a de novo review of this case.  Having carefully reviewed the file, the Court finds the findings and

recommendations to be supported by the record and by proper analysis.

Accordingly:

1. The findings and recommendations issued on August 28, 2025, Doc. 12, are adopted in full;

2. This action shall proceed on plaintiff's claim, in his second amended complaint filed July 25, 2025, Doc. 10, against defendants Jeff Macomber, Ron Broomfield, and John/Jane Does 1 through 8 for deliberate indifference to his safety in violation of the Eighth Amendment;

3. Plaintiff's retaliation claim is dismissed for failure to state a cognizable claim for relief; and

4. This action is referred back to the magistrate judge for further proceedings.

IT IS SO ORDERED.

Dated:   October 20, 2025

UNITED STATES DISTRICT JUDGE