UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY W. GARCIA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>JEFF MACOMBER, et al.,<br><br>　　　　Defendants. | No. 1:25-cv-00027-KES-SAB (PC)<br><br>ORDER GRANTING DEFENDANTS' MOTION TO EXTEND THE RESPONSIVE PLEADING DEADLINE<br><br>(ECF No. 19) |

　　　Plaintiff is proceeding pro se and in forma pauperis in this action filed pursuant to 42 U.S.C. § 1983.

　　　Currently before the Court is Defendants' motion to extend the time to file a responsive pleading, filed December 19, 2025.

　　　Good cause having been presented, it is HEREBY ORDERED that the deadline to file a responsive pleading is extended to **February 27, 2026**.

IT IS SO ORDERED.

Dated:　**December 19, 2025**

　　　　　　　　　　　　　　　　　　　STANLEY A. BOONE
　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

1