UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY W. GARCIA,<br><br>               Plaintiff,<br><br>     v.<br><br>JEFF MACOMBER, et al.,<br><br>               Defendants. | No.  1:25-cv-00027-KES-SAB (PC)<br><br>ORDER GRANTING DEFENDANTS' SECOND MOTION TO EXTEND THE RESPONSIVE PLEADING DEADLINE<br><br>(ECF No. 21) |

Plaintiff is proceeding pro se and in forma pauperis in this action filed pursuant to 42 U.S.C. § 1983.

Currently before the Court is Defendants' second motion to extend the time to file a responsive pleading, filed February 26, 2026.

Good cause having been presented, it is HEREBY ORDERED that the deadline to file a responsive pleading is extended to **March 30, 2026**.

IT IS SO ORDERED.

Dated:   **February 26, 2026**   _____

STANLEY A. BOONE
United States Magistrate Judge

1