UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY W. GARCIA, | No. 1:25-cv-00027-KES-SAB (PC) |
| Plaintiff, | AMENDED ORDER RESETTING SETTLEMENT CONFERENCE FOR **JUNE 2, 2026** |
| v. | |
| JEFF MACOMBER, et al., | (ECF No. 24) |
| Defendants. | |

Plaintiff is proceeding pro se and in forma pauperis in this action filed pursuant to 42 U.S.C. § 1983.

On March 31, 2026, the Court issued an order setting this case for a settlement conference on June 3, 2026; however, due to an error the settlement conference should have been set for June 2, 2026. Accordingly, it is HEREBY ORDERED that the settlement conference in this case is reset for June 2, 2026, at 9:30 a.m. before Magistrate Judge Barbara A. McAuliffe. All other provisions of the Court's March 31, 2026, remain in effect.

IT IS SO ORDERED.

Dated: __**March 31, 2026**__

_____

STANLEY A. BOONE
United States Magistrate Judge

1