UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

ANTHONY W. GARCIA,

Plaintiff,

v.

JEFF MACOMBER, et al.,

Defendants.

No. 1:25-cv-00027-KES-SAB (PC)

ORDER GRANTING DEFENDANTS' MOTION TO EXTEND TIME TO FILE A MOTION FOR SUMMARY JUDGMENT FOR FAILURE TO EXHAUST ADMINISTRATIVE REMEDIES

(ECF No. 30)

Plaintiff is proceeding pro se and in forma pauperis in this action filed pursuant to 42 U.S.C. § 1983.

Currently before the Court is Defendants' motion to extend the time to file a motion for summary judgment for failure to exhaust the administrative remedies, filed August 28, 2026.

Good cause having been presented, it is HEREBY ORDERED that the deadline to file a motion for summary judgment for failure to exhaust the administrative remedies is extended to January 27, 2027.

IT IS SO ORDERED.

Dated: **August 31, 2026**

STANLEY A. BOONE
United States Magistrate Judge